972 F.2d 351w
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Curtis HENDERSON, Plaintiff-Appellant,
v.
Michael P. LANE and J. Gallassi, Defendants-Appellees.
Curtis HENDERSON, Plaintiff-Appellee,
v.
Michael P. LANE and J. Gallassi, Defendants-Appellants.
 Nos. 90-2973, 90-3076.
 United States Court of Appeals, Seventh Circuit.
 Submitted May 26, 1992.
Decided Aug. 13, 1992.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION